the statements made by plaintiff were of the opinion that plaintiff intended to infer that the relations between defendant and plaintiff's wife were not purely platonic or entirely professional.

Dore, J., concurs with Martin, P. J.

ALBERT NACHMANN and JOHANNA MARUM, Appellants, v. GROVER CLEVELAND BERGDOLL, Respondent.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ALBERT NACHMANN and JOHANNA MARUM, Respondents, v. GROVER CLEVELAND BERGDOLL, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

KARL ZEISS, Respondent, v. GROVER CLEVELAND BERGDOLL, Appellant.— Order unanimously modified by eliminating items 1, 2 and 5 of the order pertaining to the examination before trial, and items 1 and 2 of said order pertaining to the production of books and papers, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (November 8, 1940.)

JOHN B. CHINNERY and Others, Respondents, v. KENNOSSET REALTY Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

GEORGE L. BRANDT and Others, Appellants, v. CITY OF NEW YORK, Respondent. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [172 Misc. 988.]

ALEXANDER BOOTH, Appellant, v. SIEGEL CONSTRUCTION COMPANY, Defendant, Impleaded with HILL CONSTRUCTION CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

NATIONAL SURETY CORPORATION, Respondent, v. TITAN CONSTRUCTION CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WENCESLAUS W. PRIBYL, Respondent, v. VAN LOAN & Co., INC., Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to serve an amended answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HENRY B. ROBBINS, Appellant, v. OCEAN FISH COMPANY, INC., and Others, Defendants, Impleaded with JOSEPH A. VERSAGGI, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.